IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDITH M. PARTEN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>TOURISM, a governmental )<br>entity; and LEE SENTELL, )<br>in his official and )<br>individual capacities, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:13cv944-MHT<br>(WO) |

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) Defendants Alabama Department of Tourism and Lee Sentell's motion for summary judgment (doc. no. 23) is granted as to all of plaintiff Edith M. Parten's federal claims.

   (2) Summary judgment is entered in favor of defendants Alabama Department of Tourism and Lee Sentell and against plaintiff Parten on all

of plaintiff Parten's federal claims, with plaintiff Parten taking nothing as to said claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules Civil Procedure.

This case is not closed. Plaintiff Parten's state claims remain pending.

DONE, this the 20th day of April, 2015.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE