```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


EDITH M. PARTEN,               )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     2:13cv944-MHT
                               )         (WO)
ALABAMA DEPARTMENT OF          )
TOURISM, a governmental        )
entity; and LEE SENTELL,       )
in his official and            )
individual capacities,         )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Alabama Department of Tourism and Lee Sentell's motion for summary judgment (doc. no. 23) is granted as to all of plaintiff Edith M. Parten's state claims.

(2) Summary judgment is entered in favor of defendants Alabama Department of Tourism and Lee Sentell and against plaintiff Parten on all

of plaintiff Parten's state claims, with plaintiff Parten taking nothing as to said claims.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Parten, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules Civil Procedure.

This case is closed.

DONE, this the 20th day of April, 2015.

                                                   /s/ Myron H. Thompson\_\_\_\_
                                  UNITED STATES DISTRICT JUDGE